# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

157757 & (18)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

KAY BURKS,
      Plaintiff-Appellant,

v

                                          SC: 157757
                                          COA: 341566

INDEPENDENT BANK,
      Defendant-Appellee.

                                          Bay CC: 16-003812-CD

_____/

      On order of the Court, the application for leave to appeal the February 8, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to stay is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2019



s0520

                              Clerk